# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN NOONE, an individual, | Case No. 8:19-cv-02102-JLS-ADS |
| Plaintiff, | **ORDER DISMISSING ACTION PURSUANT TO STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]** |
| vs. | |
| POWER PARAGON, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 21, 2020

*JOSEPHINE L. STATON*
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE